IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ALIKA SEAY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CV-33-WLS |
| | : | |
| U.S. DEP'T OF VETERAN AFFS., | : | |
|     Defendant. | : | |
| | : | |
| _____ | : | |

## **ORDER**

A review of the docket in the above-styled matter shows that Plaintiff, proceeding pro se, has filed the Complaint (Doc. 1) on April 17, 2024. However, it appears that Plaintiff has not yet served the Defendant in this above-styled action. (*See generally* the Docket).

The Federal Rule of Civil Procedure 4(m) requires that service of the summons and Complaint be made upon defendant within 90 days of the filing of the Complaint. But if service has not been accomplished within those 90 days, the Court, on motion or on its own after notice to the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed. R. Civ. P. 4(m). But if the plaintiff can show good cause for the failure, Rule 4 then requires the Court to extend the time for service for an appropriate period. *Id.*

Here, ninety (90) days from April 17, 2024, would be Tuesday, July 16, 2024. Thus, Plaintiff must serve the Complaint and summons upon Defendant in accordance with the Federal Rules by Tuesday, July 16, 2024. However, as noted above, the docket does now show that service of summons and Complaint has been made yet, and there is no indication that Plaintiff even attempted service on the Defendant.

In sum, because Plaintiff is proceeding pro se, the Court provides this notice to Plaintiff in accordance with Rule 4(m) and **INFORMS** and **INSTRUCTS** the Plaintiff to serve the summons and the Complaint (Doc. 1) to Defendant in accordance with the Federal Rules by **Tuesday, July 16, 2024**. Failure to properly serve the Defendant by Tuesday, July 16, 2024, may result in the instant action getting dismissed without prejudice. Fed. R. Civ. P. 4(m).

**SO ORDERED**, this 1st day of May, 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2