IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ALIKA SEAY, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-33 (WLS) |
| | * |
| US DEPARTMENT OF VETERAN AFFAIRS, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated July 22, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 22nd day of July, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk